# United States District Court
# for the Southern District of Georgia
# Savannah Division

RONALD YOUNG,            )
                         )
    Petitioner,      )
                         )
v.                       )  CV418-123
                         )
STATE OF GEORGIA,        )
                         )
    Respondent.      )

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The motion for reduction of sentence, dkt. no. 6, is **DENIED**, and the petition, dkt. no. 1, is **DISMISSED**.

**SO ORDERED** this 25 day of July, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA